IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:23-cr-0014 CWR-FKB

DALE BRETT DIBIASE

### ORDER GRANTING MOTION TO SEAL

For the reasons stated in the government's Motion to Seal, the Court grants the motion.

IT IS HEREBY ORDERED that the file and all documents filed herein including but not limited to the Information be sealed, as well as the Motion and this Order to Seal.

IT IS FURTHER ORDERED that the U.S. Marshals Service and/or the United States Attorney's Office shall make copies of the Information, Return, Summons, as well as the Motion and this Order to Seal, and any related documents available to other federal, state, and local law enforcement agencies who request same as needed.

ORDERED this 1st day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE