# Memorandum





| Subject | Date |
|---|---|
| Related Case to Criminal Information in *United States v. Dale Brett Dibiase* Criminal No. 3:23-CR-_____ | March 1, 2023 |

3:23CR14-CWR-FKB

| To | From |
|---|---|
| Clerk of the Court Southern District of MS | David H. Fulcher Assistant U.S. Attorney |

The attached Criminal Information in the case of *United States v. John Davis*, filed on March 1, 2023, is related to three cases before the Court:

1) *United States v. John Davis,*
   Criminal Number 3:22-cr-104 CWR-FKB

2) *United States v. Nancy W. New*,
   Criminal Number 3:21-cr-00028 CWR-FKB; and

3) *United States v. Zachary W. New*,
   Criminal Number 3:22-cr-0053 CWR-FKB

The present Criminal Information involves the related parties and/or similar factual situations.

DARREN LAMARCA
United States Attorney

By: _____
David H. Fulcher
Assistant U.S. Attorney