PRAECIPE FOR SUMMONS



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                      CRIMINAL NO. 3:23-cr-14-CWR-FKB

DALE BRETT DIBIASE
(wherever found)

The Clerk of said Court will issue summons returnable on March 2, 2023, at 2:30p.m., before Honorable F. Keith Ball, United States Magistrate Judge at Jackson, Mississippi, a Criminal Information against the above-named defendant having been filed in the above-entitled cause on March 1, 2023.

Dated: March 1, 2023

Respectfully submitted,

DARREN J. LAMARCA
UNITED STATES ATTORNEY

By: _____
DAVID H. FULCHER
Assistant United States Attorney
Mississippi Bar No.: 10179

Summons issued: _____